UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
OCT 25 2011
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>JUAN ANTONIO RODRIGUEZ-CIFUENTE (01)<br><br>　　　　　　　　Defendant. | CASE NO. 11CR3121-AJB<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___　the Court has dismissed the case for unnecessary delay; or

_X_　the Court has granted the motion of the Government for dismissal, without prejudice; or

___　the Court has granted the motion of the defendant for a judgment of acquittal; or

___　a jury has been waived, and the Court has found the defendant not guilty; or

___　the jury has returned its verdict, finding the defendant not guilty;

_X_　of the offense(s) as charged in the Indictment:

　　　8:1326(a) and (b) - Attempted Entry After Deportation (1)

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/14/11

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　ANTHONY J. BATTAGLIA
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE